# United States Court of Appeals for the Fifth Circuit

————————

No. 25-20342
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 13, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Rafael Perdomo-Limus,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-645-1

————————————————————

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:*

Rafael Perdomo-Limus appeals the district court's imposition of certain special supervised-release conditions following his guilty plea conviction for illegal reentry. He argues the conditions were not adequately pronounced at sentencing. However, Perdomo-Limus fails to show that the district court erred, plainly or otherwise, in its oral pronouncement of his

———————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

sentence by failing to explicitly inquire whether he reviewed the presentence report and its appendix with counsel prior to sentencing. *See United States v. Villafana-Mondragon*, 170 F.4th 360, 363-65 (5th Cir. 2026). Accordingly, the judgment of the district court is AFFIRMED.